FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2005 AUG -A II: I

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, and <br> STATE OF MARYLAND, MARYLAND <br> DEPARTMENT OF THE ENVIRONMENT, <br><br> Plaintiffs, <br><br> v. <br><br> BETHLEHEM STEEL CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. Nos. JFM-97-558 and <br> ) JFM-97-559 <br> ) <br> ) <br> ) |

## STIPULATED ORDER IMPLEMENTING
## MODIFICATIONS TO CONSENT DECREE

WHEREAS, Plaintiffs, the United States of America ("United States"), on behalf of the United States Environmental Protection Agency ("EPA"), and the State of Maryland, Maryland Department of the Environment, and Defendant, Bethlehem Steel Corporation ("Bethlehem"), entered into a Consent Decree in the above-captioned action regarding alleged environmental violations and conditions at Bethlehem's Sparrows Point facility in Maryland ("Sparrows Point Facility");

WHEREAS, this Court entered the Consent Decree as a final judgment on October 8, 1997;

WHEREAS, Section XXXI, Paragraph 1 of the Consent Decree provides that modifications to the Consent Decree can be made by agreement of the United States, Maryland and Bethlehem in writing and filed with the Court;

WHEREAS, Paragraph XXXIV, Paragraph 2 requires that, in the event of any transfer, in whole or in part, of the areas of the Sparrows Point Facility that are the subject of the Consent Decree, Bethlehem shall give notice of the Consent Decree to the transferee and shall make complete provision for the fulfillment of the Consent Decree;

WHEREAS, Bethlehem and ISG Acquisition Corp. ("ISG") entered into an agreement on March 12, 2003, by which ISG agreed, inter alia, to assume all of the ongoing obligations of the Consent Decree, as amended;

WHEREAS, ISG assumed ownership of the Sparrows Point Facility on April 30, 2003

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

Effective retroactively to April 30, 2003, ISG shall be substituted for Bethlehem in all provisions of the Consent Decree where Bethlehem's name appears;

2. ISG shall not be required to comply with any provisions of the Consent Decree, as amended, with which Bethlehem already has fully and finally complied, including the payment of the civil penalty;

3 All other provisions of the Consent Decree, as amended, remain in full force and effect.

SO ORDERED this _____ day of _____, 2005

_____
U.S. District Judge

The undersigned party consents to the above-referenced modifications of the Consent Decree in the matters of <u>United States and State of Maryland v. Bethlehem Steel Corp.</u>, C. A. Nos. JFM-97-558 and JFM-97-559 (D. Md.).

                                      FOR THE UNITED STATES

                                      KELLY JOHNSON
                                      Acting Assistant Attorney General
                                      Environment and Natural Resources
                                        Division

                                      WILLIAM A. HUTCHINS
                                      Trial Attorney
                                      Environmental Enforcement Section
                                      Environment and Natural Resources
                                       Division
                                      United States Department of Justice
                                      Post Office Box 7611
                                      Washington, D.C. 20044
                                      (202) 514-2717

The undersigned party consents to the above-referenced modifications of the Consent Decree in the matters of <u>United States and State of Maryland v. Bethlehem Steel Corp.</u>, C. A. Nos. JFM-97-558 and JFM-97-5559 (D. Md.).

FOR STATE OF MARYLAND, MARYLAND
DEPARTMENT OF THE ENVIRONMENT

_[signature]_

Title: Horacio Tablada
Director, Waste Management Administration

The undersigned party consents to the above-referenced modifications of the Consent Decree in the matter of <u>United States and State of Maryland v. Bethlehem Steel Corp.</u>, C.A. Nos. JFM-97-558 and JFM-97-559 (D..Md.).

FOR ISG SPARROWS POINT

*[signature]*

VP & GM Sparrows Point
Title:
ISG Sparrows Point